IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GERMAN A. SANCHEZ,

        Plaintiff,

vs.                              Civil Action 2:06-CV-439
                                    Judge Sargus
                                    Magistrate Judge King

NOBLE CORRECTIONAL OFFICIALS
(JOHN DOE'S), et al.,

        Defendants.

### ORDER

On June 7, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed under 28 U.S.C. §§1915(e), 1915A, without prejudice, for failure to exhaust administrative remedies. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** under 28 U.S.C. §§1915(e), 1915A, without prejudice, for failure to exhaust administrative remedies.

6-28-2006
Date

                                                  Edmund A. Sargus, Jr.
                                                  United States District Judge